IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KORTRIJK S. MILES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1355-E |
| | § | |
| LSG SKY CHEFS INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No Objections were filed, but Plaintiff Miles filed consequent support for the Magistrate Judge's findings, conclusions, and a recommendation [Dkt. Nos 16-17]. Out of caution, the District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS Plaintiff Kortrijk S. Miles's (i) motion to remand [Dkt. No. 4] and (ii) motion for leave to amend [Dkt. No. 10] as follows:

(*Orders continue on next page*).

**IT IS ORDERED THAT:**

1. The Clerk of Court shall enter [Dkt. No. 10 at 3-6] as Plaintiff Miles's operative complaint.

2. The Court IMMEDIATELY REMANDS this case to the Dallas County, Texas state court from which it was removed—the 191st Judicial District Court of Dallas County, Texas, Cause No. DC-25-05918.

**SO ORDERED this 25th day of July, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE